Certificate Number: 13858-MOE-DE-037284294

Bankruptcy Case Number: 23-40386



13858-MOE-DE-037284294

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2023, at 3:48 o'clock PM CDT, Erika M Marner completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date: March 22, 2023

By: /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title: Counselor